# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:13-CR-00314(A)         Recorder: CS 05/10/2013         Date: 05/10/2013

Present: The Honorable Alicia G. Rosenberg, U.S. Magistrate Judge

Court Clerk: Marine Pogosyan                    Assistant U.S. Attorney: Ashley Aull

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| BRYAN SHAW<br>    BOND-PRESENT | NATHAN J. HOCHMAN<br>    RETAINED | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the First Superseding Information.

Defendant acknowledges receipt of a copy and waives reading thereof.

Waiver of Indictment submitted, accepted by the court and filed.

This case is assigned to the calendar of District Judge George H. Wu.
Counsel are ordered to contact clerk regarding setting a date for guilty plea.

Counsel are directed to contact the Judge's CRD: Javier Gonzalez at ( 213 ) 894-1091 regarding the setting of dates for the guilty plea and all further proceedings.

First Appearance/Appointment of Counsel: 00 : 00
PIA: 00 : 05
Initials of Deputy Clerk: MP by TRB